1

**McCARTHY & HOLTHUS, LLP**

2    Jessica L. Partridge, Esq. SBN: 260045
1770 Fourth Avenue

3    San Diego, California 92101
Phone: (619) 685-4800

4    Facsimile: (619) 685-4810

5    Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

6    its assignees and/or successor

7

*GRANTED*

*Judge Maria-Elena James*

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10   Federal Home Loan Mortgage             Case Number: 3:11-cv-02422-MEJ

11   Corporation,                            **PLAINTIFF'S NOTICE OF**

                    Plaintiff,              **DISMISSAL PURSUANT TO**

12                                          **FRCP 41(a)**

13   vs.

14

15   Merle V. Viray, Jimmy P. Viray, et al

16              Defendants.

17   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

18        PLEASE TAKE NOTICE that Plaintiff Federal Home Loan Mortgage

19   Corporation submits this notice to dismiss the unlawful detainer complaint filed on

20   April 14, 2011 in the Superior Court of Contra Costa, and removed by Defendant to

21   this court on May 18, 2011, under the above entitled case number pursuant to

22   Federal Rule of Civil Procedure 41(a).

23   Dated:  August 25, 2011              Respectfully submitted,

24                                        **McCARTHY & HOLTHUS, LLP**

25

26                          By:   */s/ Jessica L. Partridge, Esq.*
                                  Jessica L. Partridge, Esq.

27                                Attorney For Plaintiff, Federal
                                  National Mortgage Association

28

1

**NOTICE OF DISMISSAL**